**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02566-CMA-MJW

TRAVIS J. SIMMONS,

    Plaintiff,

v.

BRYCE HINTON, Individually,
SCOTT BIRD, Individually,
LAKE COUNTY SHERIFF RODNEY FENSKE, Individually, and
ST. VINCENT GENERAL HOSPITAL,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
OF DEFENDANT ST. VINCENT GENERAL HOSPITAL**

---

    This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice as to Defendant St. Vincent General Hospital Only (Doc. # 38). The Court has reviewed the Stipulation and ORDERS as follows:

    Defendant St. Vincent General Hospital is hereby DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that each party shall pays his or its own costs and attorney fees. It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of St. Vincent General Hospital as a Defendant in this case.

    DATED: March __26__, 2014

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge