# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  13-cv-02566-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**   September 03, 2014 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| TRAVIS J.  SIMMONS, | David A. Helmer |
| | W. Alex Marsh |
| Plaintiff(s), | |
| v. | |
| BRYCE HINTON, Individually, | Leslie L. Schluter |
| SCOTT BIRD, Individually, | Kurt A. Kropp |
| LAKE COUNTY SHERIFF RODNEY FENSKE, | |
| in his Official capacity, and Individually, | |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    **FINAL PRETRIAL CONFERENCE**
**Court in Session:**    10:00 a.m.
Court calls case.  Appearances of counsel.
It is noted defendant St. Vincent General Hospital was dismissed from this case by Order entered by Judge Arguello March 26, 2014 [Docket No. 39].  Therefore, the pending Motion for Summary Judgment and Motion to Stay Discovery [Docket No. 37], filed by St. Vincent General Hospital on March 14, 2014, is deemed moot.  By the parties agreement,

**It is ORDERED:**    Defendant St. Vincent General Hopsital's [sic] MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFF'S FAILURE TO TIMELY COMPLY WITH COLORADO GOVERNMENTAL IMMUNITY ACT AND MOTION TO STAY DISCOVERY [Docket No. **37**, filed March 14, 2014] is **DENIED AS MOOT,** for reasons as set forth on the record.

The proposed Final Pretrial Order is reviewed.

**It is ORDERED**:    The proposed FINAL  PRETRIAL ORDER, with all attachments,  which was tendered to the court,  and modified from the bench, is  made an Order of Court.

Counsel are directed to the chambers of Judge Arguello for trial settings.  The parties anticipate a five (5) day trial to a jury.

Hearing concluded.         **Court in recess:**   10:06 a.m.    Total In-Court Time 00:06