IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02566-CMA-MJW

TRAVIS J. SIMMONS,

Plaintiff(s),

v.

BRYCE HINTON, Individually,
SCOTT BIRD, Individually, and
LAKE COUNTY SHERIFF RODNEY FENSKE, in his Official Capacity and Individually,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Stay Final Pre-Trial Deadlines Pending Court's Ruling on Motion for Summary Judgment (docket no. 67) is DENIED for the following reasons.

On September 3, 2014, this court entered a Final Pretrial Order (docket no. 60). All discovery was completed as of September 3, 2014.  See paragraph 8. DISCOVERY in the Final Pretrial Order (docket no. 60).  This court was well aware of Defendants' Motion for Summary Judgment (docket no. 46), filed June 23, 2014, at the Final Pretrial Conference on September 3, 2014.  Plaintiff responded to such motion (docket no. 46) on July 17, 2014 (docket no. 51), and Defendants replied on August 4, 2014 (docket no. 55).  This motion (docket no. 46) is pending before District Judge Arguello and has been ripe for ruling since August 4, 2014.  A Trial Preparation Conference is set before District Judge Arguello on March 18, 2015, at 9:00 a.m.  See docket no. 65.  A five-day Jury Trial is set before District Judge Arguello on March 30, 2015, at 8:00 a.m. with Jury Selection to begin on March 23, 2015, at 1:30 p.m. See docket no. 59.  Based upon the current posture of this case, this court finds no basis to stay the Final Pre-Trial Deadlines.  Accordingly, the subject motion (docket no. 67) should be denied.

Date: February 27, 2015