IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02566-CMA-MJW

TRAVIS J. SIMMONS,

    Plaintiff,

v.

BRYCE HINTON, Individually, and
SCOTT BIRD, Individually,

    Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED March  30 , 2015.

BY THE COURT:

_Christine M. Arguello_
Christine M. Arguello
United States District Judge