IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-02566-CMA-MJW

TRAVIS J. SIMMONS,

    Plaintiff,

v.

BRYCE HINTON, Individually, and
SCOTT BIRD, Individually,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Commencing on March 30, 2015, this action was tried before a jury of eight duly sworn to try the issues herein with U.S. District Judge Christine M. Arguello presiding. On April 3, 2015, the jury rendered its verdict, finding that:

    (1) Plaintiff Simmons did not prove, by a preponderance of the evidence, his claims of excessive force, battery, and extreme and outrageous conduct against Defendant Bryce Hinton.

    (2) Plaintiff Simmons did not prove, by a preponderance of the evidence, his claims of excessive force, battery, and extreme and outrageous conduct against Defendant Scott Bird.

    Final judgment is hereby entered in favor of Defendants, Bryce Hinton and Scott Bird and against Plaintiff, Travis J. Simmons.  It is

FURTHER ORDERED that Defendants, Bryce Hinton and Scott Bird shall have their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that plaintiff's Second Amended Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  6th  day of April, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk

APPROVED BY THE COURT:

_Christine M Arguello_
United States District Judge